THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ARTHUR W. WAITE, Appellant.

(Argued March 19, 1917; decided April 3, 1917.)

APPEAL from a judgment of the Supreme Court, rendered June 1, 1916, at a Trial Term for the county of New York, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Walter Rogers Deuel* and *Joseph Force Crater* for appellant.

*Edward Swann, District Attorney* (*Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.